CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-167 (RMU) |
| | ) | |
| BRANDON XAVIER HAMILTON | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on August 7, 2007 from Judge Colleen Kollar-Kotelly to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Judge Urbina has consented to transfer of this case)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Urbina & Courtroom Deputy
       Judge Kollar-Kotelly & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Criminal Case Processing Clerk
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk