UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.:  07-0167  (RMU) |
| : | |
| BRANDON X. HAMILTON : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 8th day of August 2007,

**ORDERED** that an initial status hearing in the above-captioned case shall take place on Friday August 10th at 10:45 am.

**SO ORDERED**.

FILED
AUG 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ricardo M. Urbina
United States District Judge