**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 1 0 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Criminal Action No.: 07-0167 (RMU)
                                  :
BRANDON X. HAMILTON               :
                                  :
      Defendant.                  :

### CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 10th day of August, 2007,

    **ORDERED** that the parties file all:

| | | |
|---|---|---|
| Pretrial Motions\Notices | on or before | Aug. 29 2007 ; |
| Oppositions | on or before | Sept. 12 2007 ; and |
| Replies | on or before | Sept. 19, 2007 ; and it is |

    **FURTHER ORDERED** that this case be set for:

An interim status conference on  Oct. 2, 2007 , at  9:45 ; and

A motions hearing  on  Nov. 14, 2007 , at  2pm ;

and it is

    **ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

    **SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge