UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.:  07-0167  (RMU) |
| : | |
| BRANDON X. HAMILTON : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 10th day of August 2007,

**ORDERED** that the Scheduling Order be amended to reflect that the Motions Hearing be held on Thursday, October 25, 2007 at 2pm. All other dates remain unchanged.

**SO ORDERED**.

FILED

AUG 10 · 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge