IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0167 (RMU) |
| V. | ) |
| | ) |
| **BRANDON HAMILTON** | ) |

**MOTION TO SUPPRESS TANGIBLE EVIDENCE**

Defendant Brandon Hamilton, through counsel, respectfully moves the Court to suppress, as evidence against him, for all purposes, tangible evidence seized from an automobile from which he was seized.  As grounds, counsel and Mr. Hamilton state as  follows:

1.	According to the United States Park Police, an informant stated that an individual he, identified as Mr. Hamilton, was in possession of a substantial amount of crack cocaine.  The informant allegedly described Mr. Hamilton's clothing, and an automobile that he would be operating.

2.	When Mr. Hamilton approached and entered the automobile, the officers immediately seized him and detained him..

For the reasons stated in the accompanying Memorandum of Points and Authorities in Support of the Motion to Suppress Tangible Evidence, Mr. Hamilton asserts that the seizure and search were without probable cause and the weapon should be suppressed.

Mr. Hamilton requests a hearing on this motion.

Respectfully submitted,

A.J. Kramer

        Federal Public Defender


By: _____
     Shawn Moore
     Assistant Federal Public Defender
     Attorney for Brandon Hamilton
     DC Bar #214171
     625 Indiana Avenue, NW #550
     Washington, DC 20004
     202/208-7500
     Fax/206-7515 or 501-3829

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) Cr. No. 07-167 (RMU) |
| V. | ) |
| | ) |
| <u>BRANDON HAMILTON</u> | ) |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS TANGIBLE EVIDENCE</u>

I.    <u>FACTUAL BACKGROUND</u>

On April 11, 2007, according to the United States Park Police, an informant stated that a person he identified as defendant Hamilton was in possession of a large amount of crack cocaine.[1] The informant allegedly named Mr. Hamilton, described his clothing , provided a physical location of him, and described a particular car.  The police then set up surveillance in the area., the 200 block of "V" Street, NE, and seized and detained Mr. Hamilton when he entered the car.

II.    <u>THERE WAS NOT PROBABLE CAUSE FOR
THE SEIZURE AND THE SEARCH</u>

It is clear that the rationale for the seizure and search here is informant information.  No warrant was obtained, even after Mr. Hamilton was seized, detained, and handcuffed.

The determination of probable cause requires a "practical, commonsense" inquiry.  *Illinois v. Gates*, 462 U.S. 213, 238 (1983); *United States v. Warren*, 310 U.S. App. D.C. 1, 42 F.3d 647 (D.C. Cir. 1995.)  Here there is no indication of the reliability of the informant with respect to the information provided, whether it had provided reliable information previously, and how it knew some of the information provided, to wit, that the car belonged to Mr. Hamilton.

---

[1] All fact allegations are based upon discovery, pleadings, and information and belief as to the government's case in chief.

*Gates*, in the context of a search warrant, requires a consideration of the totality of all circumstances in deciding whether probable cause exists. At the very least, the same can be said here, where no warrant was even obtained.

There was no probable cause for the seizure of Mr. Hamilton and no probable cause to detain him and search the car. Accordingly Mr. Hamilton and counsel respectfully ask that the evidence seized from the automobile be suppressed.

Respectfully submitted,

A.J. Kramer

Federal Public Defender


By: _____
Shawn Moore
Assistant Federal Public Defender
Attorney for Brandon Hamilton
DC Bar #214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/501-3829

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-167 (RMU) |
| V. | ) |
| | ) |
| **BRANDON HAMILTON** | ) |

**ORDER**

Counsel having moved for the suppression of evidence, and good cause shown, it is hereby

**ORDERED** motion is **GRANTED**. This the          day of                    , 2007.


_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA