UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :
                                      :
              v.                      :       Criminal Action No.: 07-167 (RMU)
                                      :
Brandon X. Hamilton ,                 :
                                      :       **FILED**
              Defendant.              :
                                      :       OCT 2 - 2007
            **ORDER**
                                              NANCY MAYER WHITTINGTON, CLERK
                                                   U.S. DISTRICT COURT

It is this 2nd day of October 2007,

**ORDERED** that a plea hearing in the above-captioned case shall take place on Oct. 18 2007 at 9:45.

**SO ORDERED**.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge

