## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) Cr. No. 07-167 (RMU) | |
| V. | ) | |
| | ) | |
| BRANDON HAMILTON | ) | |

**FILED**

OCT 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DEFENDANT'S PROFFER IN SUPPORT OF PLEA

Defendant Brandon Hamilton is charged with unlawful possession with intention to distribute 50 grams or more of cocaine base. Specifically, the indictment reads as follows:

> On or about April 11, 2007, within the District of Columbia, Brandon Xavier Hamilton, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

Mr. Hamilton admits to the allegation and pleads guilty to the single count of the indictment. He admits that over 50 grams of cocaine base were found in an automobile that he was utilizing, and that he possessed the cocaine base with the intent to distribute it and not for his personal use. He further states that the elements of the offense charged, to which he agrees, are as follows:

1) That he possessed a controlled substance (cocaine base);

2) That he possessed the controlled substance knowingly and intentionally;

3) That when he possessed the controlled substance, he had the specific intent to distribute it.

Respectfully submitted,

A.J. Kramer

Federal Public Defender


Brandon Hamilton
Defendant

Shawn Moore
Attorney for Defendant