HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB 2 6 2008**

**Clerk, U.S. District and Bankruptcy Courts**

UNITED STATES OF AMERICA   :   Docket No.: <u>07-CR-167</u>

               :

       vs.          :

               :

**HAMILTON, Brandon Xavier**   :   Disclosure Date: <u>December 4, 2007</u>

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✗ )   There are no material/factual inaccuracies therein.

(✗)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                  12/7/07.

Prosecuting Attorney                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(  )   There are no material/factual inaccuracies therein.

(  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____             _____

Defendant           Date             Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 18, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    **Page 2**

1) Weight of drugs was 106.5 grams, 155 grams total is with packaging.

2) As a result of 1) BsA would be 30, not 32.

3) As result of 2), total box offer is 28.

4) i.e. 97-121 months

I would also note trial in Jury in Superior Ct. my adversely affect As Crim history score.

Signed by: _____

**(Defendant/Defense Attorney/AUSA)**

Date: 12-7-07.